# Exhibit 26

REPUBLIQUE ET CANTON DE GENEVE

28



Département de justice et police

CORPS DE POLICE

SÛRETÉ

204

Genève, le 22 mai 1994

# DÉCLARATION

Je me nomme     T C H E R N Y I  Mikhail Semenovitch, fils de Semen
TCHERNYI et de Faina Markovna TCHERNAYA,
né le 16.01.1952 à Ouman/Ukraine, Russe, divorcé,
homme d'affaires, domicilié à TACHKENT,
quartier 6, immeuble 92, apt 31.(Ouzbékistan)

Je prends note que je suis entendu dans les bureaux de la police de sûreté
a la suite de mon refoulement par les autorités anglaises, survenu hier soir
à l'aéroport de Heathrow, alors que je tentais d'entrer dans ce pays, en
compagnie de la nommée Anna TOUPIKOVA, tous les deux munis de
faux passeports polonais.

Je conteste formellement d'avoir utilisé un faux passeport polonais. En
effet, mon amie et moi avons obtenu ces documents de manière légale. Je
vous explique ce qui suit :

En effet, aux Etats-Unis, en Floride, j'ai fait là connaissance d'un
prénommé DIMITRI qui parle le polonais, le russe et l'anglais. Je l'ai
rencontré dans un bar. Il m'a expliqué que dorénavant il était possible
d'obtenir une nationalité différente de celle des anciennes républiques de
l'Union Soviétique. DIMITRI m'a proposé un passeport polonais. Cela
s'est passé au mois de janvier de cette année.

Ainsi, j'ai dû fournir des photographies et j'ai rempli des formulaires pour
moi-même et pour mon amie ANNA en vue de l'obtention de ces
documents. Le prix à payer variait entre USD 550.- et USD 700.-.

Je suis en possession d'un permis de conduire polonais no J0774999 et j'ai
obtenu ce document dans les mêmes conditions.

Pour repondre à votre question, je n'ai pas commandé ou fait émettre
d'autres passeports ou permis de conduire pour moi, mon épouse et mon
enfant qu'à cette occasion.

BE00008394

Case 1:12-mc-00186-JBW   Document 3-27   Filed 03/09/12   Page 3 of 7 PageID #: 166

Je suis vice-président d'une compagnie russo-américaine portant le nom BLONDE MANAGEMENT et qui est établie à New York 10155, 150 E, - 58th Street, Suite 2504, tél. 212 758 1214; fax 212 758 1651. Elle est spécialisée dans les métaux, tels qu'acier et analogues.

Vous me présentez une carte de crédit EUROCARD SWITZERLAND, no 5404 4321 5935 4014, expirant au mois de mars 1995. Elle est établie au nom de la FURLAN-ANSTALT avec mon nom en sous-titre. Il s'agit d'une société de droit liechtensteinois dont je suis le principal actionnaire mais dont je ne suis pas capable de vous citer les administrateurs.

En ce qui concerne la banque qui garantit mes cartes de crédit, je ne tiens absolument pas à me prononcer en dehors de la présence de mon avocat. Je pense que cet aspect dépasse le cadre de ma présence en vos bureaux, car il s'agit d'affaires et la question n'est pas en rapport avec mon contrôle d'identité. Je vous signale toutefois que les deux cartes AMERICAN EXPRESS ont été émises aux Etats-Unis.

Mon nom de famille est orthographié de plusieurs manières différentes. Ceci s'explique par le fait qu'il est transcrit du cyrillique et traduit dans plusieurs langues.

A votre question sur mes activités dans votre pays, je reconnais que j'y viens très souvent pour des affaires commerciales et pour y rencontrer des hommes d'affaires. Je suis entre autres en rapport avec la maison DU PONT DE NEMOURS où je traite avec un prénommé BRUCE.

J'ai eu beaucoup d'entrevues commerciales avec des gens venus également de France et d'ailleurs. Je traite principalement à l'hôtel de la RESERVE et en ce qui concerne le volet financier, nous finalisons à Vaduz.

Vous me présentez une carte de visite au nom de VALUE TRUST SERVICES S.A. mentionnant également Vladimir POLIAKOV, Président, 5, rue des Alpes, 1201 GENEVE. Il s'agit d'une relation commerciale que j'ai connue à Moscou. Un jour, je lui ai posé la question comment louer un appartement à Genève. C'est avec POLIAKOV, respectivement avec sa société, que j'ai signé un bail pour un appartement à Versoix, à proximité de l'école que ma fille âgée de 16 ans fréquente régulièrement. Le loyer mensuel tourne autour de CHF 4000.-. Le bail porte sur un an et il est géré par un bureau dont je ne me souviens pas du nom. J'occupe cet appartement à l'occasion de mes séjours à Genève afin d'avoir un lieu où vivre avec ma fille qui est normalement interne au Collège du Léman.

J'ai séjourné une seule fois dans cet appartement, depuis le 11 mai passé et j'ai eu un petit accident en Israël. Je me suis cassé une phalange de l'annulaire gauche et je suis en traitement dans une clinique de Genève.

Il y a un mois environ, j'ai acheté une voiture à Genève. Il s'agit d'une TOYOTA genre minibus. C'est VALUE TRUST qui s'est occupé de toutes les formalités. Elle est probablement immatriculée au nom de

BE00008395

SERVICE DE LA SÛRETÉ                                                              Feuille N° 3

VALUE TRUST C'est mon directeur financier qui est à Moscou et à        30
New York qui s'est occupé de la transaction. Les instructions ont été
données depuis New York ou Moscou ou même de Genève, à ma banque
suisse, peut-être par moi-même.

En fait, cette société nous procure des services et nous payons pour ces
prestations aussi longtemps que cet établissement nous donne satisfaction.

Q.          En somme, vous passez souvent par VALUE TRUST.
Avez-vous recours à autres sociétés sur la place de Genève.
R.          Non.

Q.          Connaissez-vous une société SWESUN FINANCIAL ?
R.          Je ne peux pas me prononcer là-dessus. Il se pourrait que
je les connaisse, il se pourrait que non.

Q.          Connaissez-vous un dénommé Andrei PLETCHEEV ?
R.          Non.

Q.          Connaissez-vous des Polonais au nom de DUTKOWIAK
et WYSOCKI ?
R           Non, je ne les connais pas.

Q.          Nous savons cependant que ces deux Polonais étaient en
possession d'un passeport polonais et d'un permis de conduire à votre
nom, mais portant des numéros différents à ceux mentionnés dans les
documents que nous avons trouvés sur vous. Un autre jeu de ces
documents étaient établis au nom de votre amie. Avez-vous commandez
d'autres passeports polonais que ceux commandés en Floride ?
R.          Non. DIMITRI me les avait livrés à New York et je n'ai
jamais commandé d'autres documents.

Q.          A l'occasion de votre départ de Suisse, hier, l'employée
SWISSAIR a-t-elle vérifié et comparé votre passeport polonais avec le
billet d'avion ? L'aviez-vous déjà utilisée auparavant pour venir en Suisse ?
R.          Oui, l'employée l'a comparé à l'enregistrement et le
contrôleur n'a rien constaté de particulier à l'a sortie.

Je dois vous dire que j'ai déjà passé une fois la frontière anglaise sans être
inquiété. Je n'avais pas de problème non plus à l'entrée en Suisse en
provenance d'Israel le 11 mai passé. Je l'ai utilisé pour entrer en Suisse
parce que je ne avais pas encore le visa renouvelé dans mon passeport
russe. En tant que Polonais, je n'avais pas besoin d'un visa.

Q.          Avez-vous autre chose à ajouter à cette déclaration ?
R.          Non, elle est l'expression de la vérité.

Après traduction en langue russe, je persiste et signe :

Déclaration : BERRINI, IP / FAEH, Ipa
Traduction . M. AS

BE00008396

REPUBLIC AND CANTON OF GENEVA                                    28

[Coat of arms]                                Geneva, 22 May 1994

Department of Justice and Police              STATEMENT

Corps de Police
Sûreté [*Bureau of Criminal Investigation*]

204

My name is Mikhail Semenovitch Tchernyi, son of Semen Tchernyi and
       Faina Markovna TCHERNAYA, born on 16.01.1952 in Ouman
       /Ukraine, Russia, divorced, businessman, residing in
       TACHKENT, District 6, building 92, apartment 31 (Uzbekistan)

I note that my statement is being taken in the offices of the Police de
Sûreté after being turned back by the British authorities yesterday evening
at Heathrow Airport, when I tried to enter the country, accompanied by
Anna Toupikova, both carrying fake Polish passports.

I formally contest having used a fake Polish passport. In fact, my friend and
I obtained these documents legally. I will explain as follows:

In the United States, in Florida, I met a man called Dimitri who spoke Polish,
Russian and English. I met him in a bar. He told me that it was now possible
to obtain a different nationality from the former republics of the Soviet
Union. Dimitri offered me a Polish passport. I received it in January of this
year.

I had to supply photographs and I filled in forms for myself and my friend
Anna in order to obtain these documents. The price to be paid varied
between USD 550 and USD 700.

I hold a Polish driving licence number J0774999 and I obtained this
document under the same conditions.

To respond to your question, I did not order or have issued other passports
or driving licences for me, my wife and my child at any other time.

[Signature]

743

ICD_00000038_036

Case 1:12-mc-00186-JBW   Document 3-27   Filed 03/09/12   Page 6 of 7 PageID #: 169

I am vice-president of a Russian-American company called Blonde Management, based in New York 10155, 105 E 58th Street, Suite 2504, tel. 212 758 1214, fax 212 758 1651. It is specialized in metals, such as steel and analogues.

You have given me a Eurocard Switzerland credit card, number 5404 4321 5935 4014, expiry date March 1995. It is in the name of Furlan-Anstalt, with my name underneath. It concerns a company under Liechtenstein law of which I am the principal shareholder but for which I am not able to say who the administrators are.

Concerning the bank which guarantees my credit cards, I refuse to say anything without my lawyer present. I believe that this aspect goes beyond the remit of my presence in your offices as it concerns business and the question does not relate to my ID. However, I will point out that the two American Express cards were issued in the United States.

My surname is spelt in many different ways. This is explained by the fact that it is transcribed from Cyrillic and translated into various languages.

Concerning your question on my activities in your country, I recognize that I come here very often on business and to meet business people. Among other things, I am in contact with the company Du Pont de Nemours where I am dealing with a man called Bruce.

I have had many business meetings with people from France as well, and elsewhere. I usually negotiate at the Reserve hotel and concerning financial matters, we settle deals in Vaduz.

You have shown me a visitor's card in the came of Value Trust Services S.A., also mentioning Vladimir Poliakov, President, 5, rue des Alpes, 1201 Geneva. It concerns a commercial contact I made in Moscow. One day, I asked him how to rent a flat in Geneva. It was with Poliakov, i.e., with his company, that I signed a lease for a flat in Versoix, close to the school that my 16-year-old daughter attends regularly. The monthly rent is around CHF 4,000. The lease is for one year and is managed by an office whose name I cannot remember. I use this flat when I am in Geneva in order to have a place to live with my daughter who is normally at Léman College.

I have stayed in this flat only once since last 11 May and I have had a minor accident in Israel. I broke a phalanx in my left ring finger and I am being treated in a clinic in Geneva.

Around one month ago, I bought a car in Geneva. It was a Toyota people carrier. Value Trust has all the formalities.

[Signature]

ICD_00000038_036

29

It is probably registered in the name of Value Trust. It is my Director of Finance who is based in Moscow and New York who took care of the transaction. The instructions were sent from New York or Moscow or even Geneva, to my Swiss bank, perhaps by me.

In fact, this company procures services for us and we have being paying for these services for a long time, as this company has always provided a satisfactory service.

Q.      Basically, you use Value Trust a lot. Do you have access to other companies in Geneva?
A.      No.

Q.      Do you know a company called Swesun Financial?
A.      I cannot comment on that. Maybe I do, maybe I don't.

Q.      Do you know someone called Andrei Pletcheev?
A.      No.

Q.      Do you know two Polish nationals called Dutkowiak and Wysocki?
A.      No, I don't know them.

Q.      However we know that these two Polish nationals were in possession of a Polish passport and a driving licence in your name but carrying different number to those stated on the document that we found on your person. Another set of these documents was drawn up in the name of your female friend. Did you order other Polish passports in addition to those ordered in Florida?
A.      No. Dimitri delivered them to me in New York and I never ordered other documents.

Q.      When you left Switzerland, yesterday, did the Swissair employee verify and compare your Polish passport with the airline ticket? Had you already used it to come to Switzerland?
A.      Yes, the employee compared it at check-in and the controller did not notice anything strange upon my exit.

I must say that I already crossed the British border once without been troubled. Nor did I have any problems entering Switzerland from Israel last 11 May. I used it to enter Switzerland as I had not yet renewed the visa in my Russian passport. As a Pole, I did not need a visa.

Q.      Have you anything else to add to this statement?
A.      No, it is all true.

After translation into Russian, I confirm and sign:

Statement: BERRINI, IP/FAEH, lpa
Translation: M AS
[Illegible handwriting]

745

ICD_00000038_036