# Exhibit 27

CS19641

RÉPUBLIQUE ET CANTON DE GENÈVE



Genève, Palais de Justice,
le Jeudi 26 mai 1994
à 10 heures 00

PP No P/4868/94

**POUVOIR JUDICIAIRE**

**CABINET DU JUGE
D'INSTRUCTION**

Juge d'instruction: M. P. MARQUIS

Greffier: Mme S. BIGI

---

## PROCÈS - VERBAL D'AUDIENCE
**************************************************

Monsieur Guergui POPOV fonctionne comme interprète et est assermenté comme tel.

TAXÉ Frs   *220.—*

**********

Me Robert ASSAEL assiste

Monsieur Mikhail TCHERNYL,
inculpé, déjà entendu, qui est amené de la prison.

et

Madame Anna TOUPIKOVA,
inculpée, déjà entendue, qui est amenée de la prison.

**********

Monsieur Mikhail TCHERNYL

Vous me demandez pour quelle raison je possède deux passeports de l'ex-URSS et pour quelle raison j'utilise tantôt l'un et tantôt l'autre pour obtenir des visas.

Je possède 4 ou 5 passeports de ce type. Comme la demande de visa prend du temps, l'on dépose un passeport et l'on en utilise un autre.

42.00.00-0003

CS19642

RÉPUBLIQUE ET CANTON DE GENÈVE



Procès-verbal d'audience du
26 mai 1994 dès 10 heures 00, **page 2.**

**POUVOIR JUDICIAIRE**

PP No P/4868/94

**CABINET DU JUGE
D'INSTRUCTION**

Madame Anna TOUPIKOVA

Vous me demandez pour quelle raison je possède deux passeports de
l'ex-URSS et pour quelle raison j'utilise tantôt l'un et tantôt
l'autre pour obtenir des visas.

Je possède plusieurs passeports pour les mêmes raisons.

Monsieur Mikhail TCHERNYL

Vous me rappelez que, dans ma déclaration à la police du 22.5.1994,
j'ai indiqué que le 14.5.1994 j'ai utilisé le passeport polonais
établi au nom de CZORNY pour entrer en Suisse, venant d'Israël. Vous
me demandez si je confirme cette déclaration.

Je me suis rendu à Londres avec mon passeport russe. Là je me suis
rendu compte qu'il n'y avait plus de visa pour rentrer en Suisse où
je devais rencontrer Madame Anna TOUPIKOVA. J'ai donc utilisé le
passeport polonais car le visa n'était pas nécessaire.

Vous me demandez où j'ai acheté les passeports et les permis de
conduire polonais retrouvés en notre possession, respectivement
saisis par les autorités anglaises à Londres.

J'ai acheté ces pièces d'identité en Floride. Au début de janvier
1994 j'ai rencontré une personne prénommée Dimitri avec laquelle nous
avons fêté le Nouvel-An. Dimitri a entendu que je parlais russe et
m'a abordé. Nous avons discuté. Il m'a dit qu'il était d'origine
polonaise. Je lui ai dit que mon grand-père était aussi polonais. Il
m'a dit qu'en Pologne il y avait une nouvelle loi. Ceux qui se
sentent encore polonais peuvent obtenir une deuxième nationalité,
soit reprendre la nationalité polonaise.

J'ai rencontré une nouvelle fois Dimitri sur une plage et il m'a
soumis un certain nombre de formulaires à remplir. Je lui ai demandé
s'il était possible d'obtenir des documents d'identité pour ma femme
et mes enfants. Je lui ai demandé si ces passeports polonais
permettaient de voyager sans visa. Il m'a dit que je pouvais voyager
partout.

42.00.00-0003

Case 1:12-mc-00186-JBW  Document 3-28  Filed 03/09/12  Page 4 of 15 PageID #: 174

CS19643

RÉPUBLIQUE ET CANTON DE GENÈVE



Procès-verbal d'audience du
26 mai 1994 dès 10 heures 00, <u>page 3.</u>

**POUVOIR JUDICIAIRE**

PP No P/4868/94

CABINET DU JUGE
D'INSTRUCTION

J'ai remis 4 photos par personne. Le lendemain, j'ai rempli les divers formulaires qui contenaient une question demandant qui était polonais dans ma famille. J'ai précisé que mon père avait fait la guerre en Pologne. Je lui ai remis US$ 2'000.- et il a dit qu'il me téléphonerait dans les trois mois qui suivraient.

Fin mars ou début avril 1994, Dimitri m'a téléphoné à New York à mon bureau. Nous avons eu rendez-vous à mon hôtel. Il m'a remis les passeports et les permis de conduire polonais en me disant que nous avions été reconnus comme polonais.

Vous me demandez pour quelle raison je me suis fait établir un passeport polonais à un autre nom que le mien.

Il s'agit d'une prononciation de mon nom. Mon nom russe a été francisé.

J'avais d'ailleurs demandé à Dimitri pourquoi mon nom avait été transformé. Il m'a répondu que pour prononcer mon nom en polonais, il fallait utiliser l'orthographe CZORNY.

Vous me demandez comment j'explique qu'au début de cette année, deux ressortissants polonais aient été interpellés à Bâle et trouvés en possession d'armes à feu et d'une multitude de passeports et de permis de conduire polonais, dont six pièces d'identité à mon nom, au nom de Madame Anna TOUPIKOVA, et au nom de mes filles.

Je ne sais pas comment ces polonais étaient en possession de documents d'identité à mon nom, ou à celui de ma famille. Ce n'est pas moi qui ai commandé ces pièces d'identité.

Je pensais d'ailleurs déjà la première fois que cela n'était pas possible.

Ce qui m'a inspiré confiance est le fait que Dimitri n'a réclamé que US$ 2'000.- pour quatre pièces d'identité. Il a par ailleurs ajouté que si les affaires marchaient bien, je le remercierais plus tard.

Vous me demandez pour quelle raison la plupart de mes cartes de crédit ou de club sont établies à mon nom avec des orthographes différentes (sept orthographes constatées).

42.00.00-0003

CS19644

RÉPUBLIQUE ET CANTON DE GENÈVE



Procès-verbal d'audience du
26 mai 1994 dès 10 heures 00, page 4.

**POUVOIR JUDICIAIRE**

PP No P/4868/94

CABINET DU JUGE
D'INSTRUCTION

J'ai déjà expliqué pourquoi mon nom a été orthographié de plusieurs manières différentes.

Vous me demandez qui est Madame Anna KHARLANOVA.

Il y a beaucoup de monde dans l'appartement 24 rte de Suisse pour les affaires. Je ne connais pas réellement Mme Anna KHARLANOVA. Je n'ai pas le souvenir de cette personne. Je lui ai peut-être payé l'hôtel ou un billet d'avion.

Vous me demandez qui sont les ressortissants russes dont je paie les séjours à la RESERVE à concurrence de plusieurs dizaines de milliers de francs suisses.

Il s'agit de relations d'affaires. Je règle les frais inhérents à leur séjour à Genève.

J'ai rencontré certaines de ces personnes, mais pas toutes. Il m'est arrivé de signer des chèques à ce sujet.

C'est ma société BLONDE MANAGEMENT qui règle ce type de factures.

Vous me demandez si la société BLONDE MANAGEMENT a des comptes bancaires en Suisse et plus particulièrement à Genève, et si oui dans quelle banque.

Uniquement des comptes courants pour les cartes de crédit et pour les paiements de salaires et de frais divers pour les employés européens de ma société.

Vous me demandez à qui appartient la société DH HOLDINGS INC. titulaire du compte 72-254.0 à l'UOB.

Il s'agit d'une société qui se trouve en Israël. Nous avons fait quelques transactions avec elle pour l'achat de machines.

Vous me demandez finalement quelle est la nature de mes activités sur territoire suisse.

Je me rendais en Suisse sur invitation d'entreprises ou sociétés suisses. Ma fille étudie à Versoix.

42.00.00-0003

CS19645

RÉPUBLIQUE ET CANTON DE GENÈVE



POUVOIR JUDICIAIRE

CABINET DU JUGE
D'INSTRUCTION

Procès-verbal d'audience du
26 mai 1994 dès 10 heures 00, page 5.

PP No P/4868/94

A Genève, mon travail consiste à faire du public relation, c'est-à-dire de mettre des gens en relation, surtout dans le domaine du charbon, de l'aluminium et des matières premières en général. La grande partie de mes affaires se trouvent en Russie.

Vous me demandez si j'avais l'intention de m'installer à Versoix, vu la location d'un appartement et le placement de ma fille au COLLEGE DU LEMAN.

Ma fille aînée a déjà étudié pendant trois ans à Versoix. Elle désire retourner aux USA. J'aimerais que ma fille cadette puisse faire de même. J'ai une troisième fille qui vit actuellement aux USA. J'aimerais la faire venir ici en septembre 1994.

Nous n'avons pas l'intention de nous installer à Genève. Mes affaires se trouvent aux USA et nous obtiendrons la nationalité américaine dans une année.

Vous me demandez à quoi correspond la clef de safe que vous me soumettez.

Il s'agit d'une clef de safe que j'ai remise à ma fille pour qu'elle conserve ses effets personnels dans un coffre d'une banque de Versoix dont je ne peux pas vous donner le nom. Il s'agit peut-être l'UBS ou de la SBS. Il s'agit d'une banque près d'un poste de police.

Vous me demandez qui est propriétaire de la société VALUE TRUST SERVICES S.A., 5 rue des Alpes à Genève.

Je ne sais pas qui en est le propriétaire. Je connais ces gens depuis peu de temps. Cette société se charge de la location de mon appartement, des réservations dans les hôtels, de la location de voitures, etc.

Vous me demandez si j'ai quelque chose à ajouter à mes précédentes déclarations.

Je n'ai rien à ajouter.

42.00.00-0003

CS19646

RÉPUBLIQUE ET CANTON DE GENÈVE



Procès-verbal d'audience du
26 mai 1994 dès 10 heures 00, page 6.

**POUVOIR JUDICIAIRE**

CABINET DU JUGE
D'INSTRUCTION

PP No P/4868/94

Lorsque nous sommes allés à Londres le 21.5.1994, nous avons présenté
nos passeports polonais. On nous a demandé si nous étions russes.
Nous avons dit oui et nous avons aussi présenté nos passeports russes
munis de visas en règle pour aller en Angleterre.

Je confirme que nos deux passeports russes sont munis de visas
valables pour la Suisse.

A Londres, à la douane, l'on nous a saisi les passeports polonais en
nous disant qu'ils appartenaient au gouvernement polonais.

Dix jours plus tôt, je m'étais déjà rendu en Angleterre en provenance
d'Israël et j'avais déjà présenté le passeport polonais. Tout était
en règle, raison pour laquelle je me suis étonné de l'intervention de
la douane anglaise.

Madame Anna TOUPIKOVA

Vous me demandez si j'ai quelque chose à ajouter à mes déclarations à
la police et qui m'ont été traduites en russe.

Je précise que ma mère est arrivée à Genève le 18.5.1994 afin de
s'occuper de ma petite fille pendant que nous allions à Londres.

Nous nous sommes rendus dans cette ville car nous voulions participer
à une fête religieuse concernant le fils de Monsieur RUBIN.

Concernant l'acquisition des passeports polonais, je confirme que
j'ai appris plus tard que mon mari avait acheté ces documents auprès
d'un homme dont j'ignorais l'identité.

Monsieur Mikhail TCHERNYL

Lorsque les autorités anglaises m'ont demandé où je voulais me
rendre, j'ai choisi Genève d'une part parce que je ne me sentais pas
en faute et d'autre part parce que je devais subir une nouvelle
intervention chirurgicale pour mon doigt.

Après traduction, persistent et signent à 11 heures 30.

42 0000-0003

CS19647

RÉPUBLIQUE ET CANTON DE GENÈVE



Genève, le 26 mai 1994

PP No P/4868/94

**POUVOIR JUDICIAIRE**

**CABINET DU JUGE
D'INSTRUCTION**

## LE JUGE D'INSTRUCTION

### DE LA RÉPUBLIQUE ET CANTON DE GENÈVE

certifie avoir **relaxé** ce jour à 14 heures 30

### Monsieur Mikhail TCHERNYL

Le Greffier

S. BIGI

Le Juge d'Instruction

P. MARQUIS

42.00.00-0003

CS19648

RÉPUBLIQUE ET CANTON DE GENÈVE



Genève, le 26 mai 1994

PP No P/4868/94

**POUVOIR JUDICIAIRE**

**CABINET DU JUGE
D'INSTRUCTION**

L E   J U G E   D ' I N S T R U C T I O N

DE LA RÉPUBLIQUE ET CANTON DE GENÈVE

certifie avoir relaxé ce jour à 14 heures 30

Madame Anna TOUPIKOVA

Le Greffier

S. BIGI

Le Juge d'Instruction

P. MARQUIS

42.00.00-0003

REPUBLIC AND CANTON OF GENEVA
[Coat of arms]

Geneva, Palais de Justice
Thursday, 26 May 1994
10.00 a.m.

288

PP no. P/4868/94

THE JUDICIARY

Examining Judge: M.P. Marquis

CHAMBERS OF THE
EXAMINING JUDGE

Clerk: Ms S. Bigi

---

### MINUTES OF THE HEARING
*********************************

Mr Guergui Popov is acting as interpreter and is sworn in as such.

### FEE CHARGED CHF 220

**************

Mr Robert Assael is in attendance

Mr Mikhail Tchernyl,
accused, statement already taken, who has been brought from prison

and

Ms Anna Toupikova,
accused, statement already taken, who has been brought from prison.

**************

Mr Mikhail Tchernyl

You ask me why I hold two passports from the former Soviet Union and why I sometimes use one and sometimes the other to obtain visas.

I have 4 or 5 passports of this type. Since applying for visas takes time, I submit one passport while using another.

[Signatures]

REPUBLIC AND CANTON OF GENEVA
[Coat of arms]                    Minutes of the hearing of           289
                                  26 May 1994, 10.00 a.m., page 2

THE JUDICIARY            PP no. P/4868/94

CHAMBERS OF THE
EXAMINING JUDGE

Ms Anna Toupikova

You ask me why I hold two passports from the former Soviet Union and why I
sometimes use one and sometimes the other to obtain visas.

I hold several passports for the same reasons.

Mr Mikhail Tchernyl

You remind me that in my statement to the police of 22.5.1994, I stated that on
14.5.1994, I used the Polish passport in the name Czorny to enter Switzerland,
coming from Israel. You ask me if I confirm this statement.

I travelled to London on my Russian passport. There I remembered that I no
longer had a visa to return to Switzerland where I had to meet Ms Anna
Toupikova. Therefore I used the Polish passport as it did not require a visa.

You ask me where I bought the passports and the Polish driving licences found
in our possession, seized by the English authorities in London.

I bought these identity documents in Florida. At the beginning of January 1994,
I met a man called Dimitri with whom we celebrated the New Year. Dimitri
heard that I spoke Russian and approached me. We talked. He told me he was
of Polish origin. I told him that my grandfather was also Polish. He told me there
was a new law in Poland. Those who still feel Polish can obtain a second
nationality, i.e. resume Polish nationality.

I met Dimitri again on a beach and he gave me a number of forms to fill in. I
asked him if it was possible to obtain identity documents for my wife and
children. I asked him if these Polish passports allowed travel without a visa. He
told me I could travel anywhere.

[Signatures]

REPUBLIC AND CANTON OF GENEVA
[Coat of arms]                    Minutes of the hearing of              290
                                  26 May 1994, 10.00 a.m., page 3

THE JUDICIARY            PP no. P/4868/94

CHAMBERS OF THE
EXAMINING JUDGE

I submitted 4 photos per person. The following day, I completed the various
forms which contained a question asking who was Polish in my family. I stated
that my father fought in Poland. I handed over US$ 2,000 and he told me he
would telephone me within the next three months.

At the end of March or beginning of April 1994, Dimitri called me at my office in
New York. We met at my hotel. He gave me the Polish passports and driving
licences and told me we have been recognised as Polish.

You ask me why I had a Polish passport established in a name other than my
own.

This concerns the pronunciation of my name. My Russian name was gallicised.

Furthermore, I asked Dimitri why my name was changed. He answered that in
order to pronounce my name in Polish, it had to be spelled Czorny.

You ask me how I explain that at the beginning of this year, two Polish nationals
were questioned in Basel and found in possession of firearms and a multitude
of Polish passports and driving licences, including six identification documents
in my name, in the name of Anna Toupikova and in the name of my daughters.

I do not know how these Polish nationals came to be in possession of identity
documents in my name, or that of my family. I did not order these identity
documents.

Moreover, I already thought that it was not possible the first time.

What gave me confidence was the fact that Dimitri only charged US$ 2,000 for
four identity documents. Furthermore, he added that if business went well, I
would thank him later.

You ask me why most of my credit or club cards are made out in my name with
different spellings (seven spellings observed).

[Signatures]

REPUBLIC AND CANTON OF GENEVA
[Coat of arms]                          Minutes of the hearing of                          291
                                        26 May 1994, 10 a.m., page 4

THE JUDICIARY              PP no. P/4868/94

CHAMBERS OF THE
EXAMINING JUDGE

I have already explained why my name has been spelled in many different ways.

You ask me who is Ms Anna Kharlanova.

There are a lot of people in apartment 24, rte de Suisse, for business. I don't really know Ms Anna Kharlanova. I don't remember this person. I may have paid for her hotel or airline ticket.

You ask me who the Russian nationals are for whom I pay for stays at the Reserve, totalling up to tens of thousands of Swiss francs.

This concerns business relations. I pay for their costs relating to their stay in Geneva.

I have met some of these people, but not all. It is my job to sign cheques relating to this.

It is my company Blonde Management which settles this type of invoice.

You ask me if the company Blonde Management has bank accounts in Switzerland and more specifically in Geneva, and if so, in which bank.

Only current accounts for credit cards and for salary payments and various costs for the European employees at my company.

You ask me to whom the company DH Holdings Inc. belongs, owner of account 72-254.0 at UOB.

It is a company based in Israel. We have carried out some transactions with it in order to purchase machines.

Finally you ask me what the nature of my activities in Swiss territory is.

I came to Switzerland at the invitation of Swiss enterprises or companies. My daughter studies in Versoix.

[Signatures]

REPUBLIC AND CANTON OF GENEVA
[Coat of arms]                    Minutes of the hearing of           292
                                  26 May 1994, 10.00 a.m., page 5

THE JUDICIARY              PP no. P/4868/94

CHAMBERS OF THE
EXAMINING JUDGE

In Geneva, my work consists of public relations, i.e. connecting people,
especially in the field of coal, aluminium and raw materials in general. The
majority of my business takes place in Russia.

You ask me if I intended to settle in Versoix, due to the location of a flat and my
daughter's placement at the Collège du Léman.

My eldest daughter has already been studying in Versoix for three years. She
wants to return to the US. I would like my younger daughter to be able to do the
same. I have a third daughter who currently lives in the US. I would like to bring
her here in September 1994.

We do not intend to settle in Geneva. My business is in the US and we will
obtain American nationality in one year.

You ask me what the key to the safe that you gave me is for.

It is a safety deposit key which I gave to my daughter for her to keep her
personal effects in a safety deposit box in a Versoix bank, whose name I cannot
recall for you. It might be UBS or SBS. It is a bank close to a police station.

You ask me who is the owner of the company Value Trust Services S.A., 5 rue
des Alpes, Geneva.

I do not know who the owner is. I have not known these people for long. This
company looks after the leasing of my flat, hotel reservations, car leasing etc.

You ask me if I have anything to add to my prior statements.

I have nothing to add.

[Signatures]

REPUBLIC AND CANTON OF GENEVA
[Coat of arms]                    Minutes of the hearing of            293
                                   26 May 1994, 10.00 a.m., page 6

THE JUDICIARY                PP no. P/4868/94

CHAMBERS OF THE
EXAMINING JUDGE

When we travelled to London on 21.5.1994, we presented our Polish passports.
We were asked if we were Russian. We said yes and we also presented our
Russian passports, with visas for entering England in order.

I confirm that our two Russian passports have valid visas for Switzerland.

In London, at customs, they seized our Polish passports, telling us that they
belong to the Polish government.

Ten days earlier, I had travelled to England from Israel and I had already used
my Polish passport. Everything was in order, which is why I am astonished
about the intervention of English customs.

Ms Anna Toupikova

You ask me if I have anything to add to my statements to the police which have
been translated into Russian for me.

I state that my mother arrived in Geneva on 18.5.1994 in order to look after my
daughter during our trip to London.

We returned to this city as we wanted to take part in a religious festival
concerning the son of Mr Rubin.

Concerning the acquisition of Polish passports, I confirm that I later learned that
my husband had bought these documents from a man I did not know.

Mr Mikhail Tchernyi

When the English authorities asked me where I would like to be returned, I
chose Geneva firstly because I did not feel at fault and secondly because I had
to undergo further surgery for my finger.

After translation, confirmed and signed at 11:30 a.m.

[Signatures]