# Exhibit 33

C9399A

# NOTIZ



| | |
|---|---|
| gesprochen mit: | Herren Arik Kislin und Iskander Makhmoudov |
| von: | Hp. Stäger, J.-P. Domenjoz, D. Strauss |
| Datum: | 6. Dezember 1994 |
| Informationskopie an: | STH, SDI, HOO |

### 1. Yatana Establishment

Auf Anweisung von Herrn Kislin haben wir die drei Kreditkarten der Septo Konti A, B und C als verloren gemeldet, sperren lassen und gekündigt.

Herr Kislin gibt uns den Auftrag, das Konto Septo B auf US$ 1 Mio. zu erhöhen. Herr Strauss erhält den Auftrag, die Summe von US$ 900'321.20 von Furlan (über ICC) an Yatana Septo B zu überweisen.

Da der Inhaber des Kontos Septo B, Herr Serafim Afonine, nicht weisungsberechtigt ist, wird uns Herr Kislin gegebenenfalls Aufträge zur Benützung des Geldes erteilen.

Nach Freigabe der Garantiesummen für die Kreditkarten werden wir von Herrn Kislin über das weitere Bestehen dieser Gesellschaft informiert.

### 2. Bluzwed Metals Ltd.

In Zukunft wird Herr Joseph Karam nur kollektiv mit Herrn Iskander Makhmoudov oder Herrn Mikhail Tchernyi bei der Banque Cantonale Vaudoise zeichnen. Wir sollen eine Board Resolution verfassen, in der die Aenderung von Einzelunterschrift auf Kollektivunterschrift zu zweien mit einem der zwei obenerwähnten Herren mitgeteilt wird und diese zusammen mit einem Brief an die Banque Cantonale Vaudoise senden.

### 3. Blonde Investment Corp. Ltd.

Ueberweisungen auf das Konto von Blonde Investment Corp. bei der Banque Cantonale Vaudoise in Lausanne werden im Januar 1995 beginnen.

Die Herren Iskander Makhmoudov und Mikhail Tchernyi sind bereits im Besitze einer Spezialvollmacht im Namen von Blonde Investment Corp. Ltd.

C9399B

NOTIZ
vom 9. Dezember 1994                                                                 Seite 2

Eine Board Resolution von Blonde Investment Corp. Ltd. soll erstellt werden, in der bestimmt wird, dass Herr Joseph Karam bei der Banque Cantonale kollektiv mit Herrn Iskander Makhmoudov oder mit Mikhail Tchernyi zeichnen kann und diese soll mit einem Brief an die Banque Cantonale Vaudoise geschickt werden.

### 4. European Minerals Trading Company Est.

Die Mandanten dieser Gesellschaft sind zu je 50 % die Furlan-Anstalt sowie Herr Jaras Akhmetov.

Weisungsberechtigt sind die Herren Arik Kislin oder Iskander Makhmoudov je einzeln sowie Herr Jaras Akhmetov zusammen mit einem der zwei Herren.

Eine Spezialvollmacht für Handel und Vertragsabschlüsse zugunsten von Herrn Makhmoudov und Herrn Akhmetov soll erstellt werden.

### 5. Trenton Business Corp.

Ab 31. Dezember 1994 wird Herr Arik Kislin nicht mehr weisungsberechtigt sein für diese Gesellschaft, sondern nur noch Herr Anton Malevsky allein oder eine von ihm designierte Person.

Dies ist auch gültig für die Reotan Foundation und das Zlata Management Inc.

Wir besprechen im allgemeinen die Struktur und es wird beschlossen, dass die bereits vor einigen Monaten gegründete Hades Foundation aktiviert wird als Holding der gesamten Gruppe, ohne Auftraggeber und ohne designierte Begünstigte. Ein Letter of Intent wird separat verfasst, der besagt, dass die Galenit Foundation alleinige Begünstigte der Gruppe ist.

Im weiteren werden wir die bestehenden Gesellschaften in die vorgelegte Strukturaufstellung einfügen und diese an eine Privat-Faxnummer von Herrn Kislin nach Anweisung senden.

Wichtig:

Proxies, Board Resolutions und Briefe der verschiedenen obenerwähnten Gesellschaften werden am Freitag, den 9. Dezember 1994 an Herrn Joseph Karam übergeben. Die Dokumente, die für Herrn Makhmoudov oder andere Leute bestimmt sind, werden einzeln in Couverts gesteckt, ohne Anschrift und Herrn Karam zur Uebergabe in Moskau gegeben.

7. Dezember 1994
AT44/DOM/HOO

C9399C

MEMORANDUM

| | |
|---|---|
| **Discussed with:** | Messrs. Arik Kislin and Iskander Makhmoudov |
| **From:** | Hp. Stäger, J.-P. Domenjoz, D. Strauss |
| **Date:** | 6 December 1994 |
| **Copy for information to:** | STH, SDI, HOO |

### 1. Yatana Establishment

We have reported the three credit cards on Septo accounts A, B and C lost on Mr. Kislin's instructions and they have been blocked and cancelled.

Mr. Kislin has instructed us to increase the Septo B account to USD 1 million. Mr. Strauss has been instructed to remit the sum of USD 900,321.20 from Furlan (via ICC) to Yatana Septo B.

As the holder of the Septo B account (Mr. Serafim Afonine) does not have powers of instruction, Mr. Kislin will issue any instructions needed for using the money.

Once the guarantees for the credit cards have been released, Mr. Kislin will advise us as to whether or not this company is to remain in existence.

### 2. Bluzwed Metals Ltd.

In future, Mr. Joseph Karam will only be able to sign jointly with Mr. Iskander Makhmoudov or Mr. Mikhail Tchernyi at the Banque Cantonale Vaudoise. We need to pass a board resolution recording the change from sole to joint power of signatory with one of the two aforementioned gentlemen and send it with a covering letter to the Banque Cantonale Vaudoise.

### 3. Blonde Investment Corp. Ltd.

Remittances to Blonde Investment Corp.' s account at the Banque Cantonale Vaudoise in Lausanne will commence in January 1995.

Mr. Iskander Makhmoudov and Mikhail Tchernyi are already in possession of special power of attorney in the name of Blonde Investment Corp. Ltd.

C9399D

MEMORANDUM  
Dated 9 December 1994                                                                                     Page 2

Blonde Investment Corp. Ltd. needs to pass a board resolution recording that Mr. Joseph Karam can sign jointly with Mr. Iskander Makhmoudov or Michael Tchernyi at the Banque Cantonale and this needs to be sent with a covering letter to the Banque Cantonale Vaudoise.

### 4. European Minerals Trading Company Est.

This company's executives are Furian-Anstalt and Mr. Jaras Akhmetov (50% each).

Messrs. Arik Kislin or Iskander Makhmoudov have individual powers of instruction and Mr. Jaras Akhmetov has joints powers of instruction together with one of the other two gentlemen.

A special power of attorney needs to be issued to Mr. Makhmoudov and Mr. Akhmetov for commercial transactions and for executing contracts.

### 5. Trenton Business Corp.

Mr. Arik Kislin will no longer have powers of instruction for this company after 31 December 1994. Only Mr. Anton Malevsky alone or a person designated by him will have powers of instruction.

This also applies to the Reotan Foundation and Zlata Management Inc.

We have discussed the structure in general and it has been decided that the Hades Foundation set up several months ago will be activated as a holding vehicle for the entire group, with no client or designated beneficiaries. A letter of intent is being drafted separately, confirming that the Galenit Foundation is the group's sole beneficiary.

We shall then incorporate the existing companies into the configuration presented and fax it to Mr. Kislin's private number on instruction.

NB:

Proxies, board resolutions and letters to the various companies referred to above will be handed to Mr. Joseph Karam on Friday, 9 December 1994. The documents addressed to Mr. Makhmoudov and others will be put in separate unaddressed envelopes and given to Mr. Karam so that they can be passed on in Moscow.

7 December 1994  
AT44/DOM/HOO           [signed]