# Exhibit 34



## HILER ESTABLISHMENT

February 9, 1994

Attention Mr. Stager,

Please transfer a sum of SFR 100,000.00 (One hundred thousand SFR and .00) from Hiler Establishment Acct. # 387.283.1 - 10.333.01 to the following beneficiary:

Beneficiary:      Trenton Business Corp.
Bank:             Bank In Liechtenstein AG
Bank Address:     Herrengasse 12, FL-9490 Vaduz
                  Furstentum Liechtenstein

**Please respond with a confirmation for the transaction above.**

This payment is being paid as commissions.

Yours Truly

*[signature]*
— BOB —

**Blonde Management Corp.**
150 E. 58th STREET • SUITE 2504 • N.Y., N.Y. 10155 • U.S.A. • TEL# (212) 758-1214 • FAX: (212) 758-1651
4 ROSTOVSKIY PER., BUILDING 6, MOSCOW, RUSSIA 119121 • TEL# 095-916-6313, 095-248-3096, 095-248-4408 • FAX: 095-956-6316 • TELEX: 414088 MESTO SU