# Exhibit 35

C12699M



## HILER ESTABLISHMENT

April 25, 1994

Attention Mr. Stager,

Please transfer a sum of SFR 30,000.00 (Thirty thousand SFR and .00) from Hiler Establishment Acct. # 387.283.1 - 10.333.01 to the following beneficiary:

Beneficiary:  Trenton Business Corp.
Bank:    Bank In Liechtenstein AG
Bank Address:  Herrengasse 12, FL-9490 Vaduz
      Furstentum Liechtenstein

**Please respond with a confirmation for the transaction above.**

This payment is being paid as commissions.

Yours Truly

**Blonde Management Corp.**
130 E. 59th STREET • SUITE 2904 • N.Y., N.Y. 10155 • U.S.A. • TEL# (212) 758-1214 • FAX: (212) 758-1651
4 ROSTOVSKIY PER., BUILDING 6, MOSCOW, RUSSIA 119121 • TEL# 095-956-0311, 095-248-1096, 095-248-4400 • FAX: 095-956-6314 • TELEX: 414008 MESTO SU