# Exhibit 36



Please transfer Fr. 544'406.75 (Swiss Francs five-four-four-zero-six 75/100) from the account Hiler Sub D to Trenton Business Corp. (coordinates as usual).

Best regards