# Exhibit 37



U.S. Department of Justice
Federal Bureau of Investigation

RUSSIAN/EURASIAN ORGANIZED CRIMINAL ENTERPRISE

# The Ivankov Aka "Yaponchik" Organization

December, 1994
INTERIM REPORT
Organizational Intelligence Unit
Room 4343 FBIHQ

FBI INTERNAL USE ONLY

grotek. Payment for these shipments are transferred from the company accounts to IVANKOV's personal Swiss bank accounts which are maintained by EDUARD IVANKOV. One source claims at least one to two million dollars in cash was diverted from these funds and brought to IVANKOV's Moscow office to be physically transported overseas by couriers.

In early 1994, KANDOV met with two attorneys in Monte Carlo to discuss plans for IVANKOV to purchase a mansion there and to set up an "off shore" company. Reportedly, IVANKOV's organization subsequently transferred large sums of money to Monte Carlo and established relations with an accounting firm to oversee the funds.

### MARK KANDOV

MARK KANDOV is the son of BORIS KANDOV, aiding his father in the operation of IVANKOV's company, Agrotek, and reportedly running the established Swiss company, Agroplus. Agroplus was an established company (business unknown) purchased for money laundering purposes. As of the fall of 1994, there was between ten and twenty million dollars in IVANKOV's Agroplus account in Switzerland.

### ARIK KISLIN

ARIK KISLIN is the president of Blonde Management, a New York-based company that shares office space with Transcommodities, a trading company which is known to have laundered millions of dollars from Russia to New York. Blonde Management sponsored ANTON MALEVSKY, allegedly a contract murderer, for a United States visa.

KISLIN shares office space with SAM KISLIN, the president of Transcommodities. Transcommodities also sponsored MALEVSKY for a United States visa. ARIK's father is MICHAEL KISLIN. (See page 17.)

It is believed that the financial activities of ARIK KISLIN in the United States are controlled by the CHERNY Brothers, MICHAEL, LEV and DAVID, aka DODIK.

ARIK KISLIN's name (along with VALERIY ZIMNOVICH) is listed on a bank account for Challenger International of Brooklyn, New York, a front company believed to be laundering proceeds from extortion and other OC activities. The account has obtained almost $2 million of deposits, with a $1.2 million deposit from ICC International Credit in the British Virgin Islands through a correspondent bank in Liechtenstein, and a

FBI INTERNAL USE ONLY                    16

FBI INTERNAL USE ONLY

500,000 deposit from Credit Suisse in Switzerland, sender unknown.

ARIK KISLIN's name and that of Blonde Management was found among phone numbers in the possession of OLEG KARATAYEV, a New York associate of IVANKOV's who was killed in Brighton Beach in January of 1994.

Telephone subscriber information lists "thief-in-law" LADIMIR POLIAKOV as having the same address as ARIK KISLIN in Massachusetts. POLIAKOV is believed to be overseer of Eurasian OC in Canada.

### MICHAEL KISLIN

MICHAEL KISLIN is an associate of IVANKOV's right-hand man, FELIX KOMAROV. He is also the father of ARIK, president of Blonde Management, and the brother of SAM, president of Transcommodities. Both companies are controlled by MICHAEL CHERNY.

KISLIN is the owner of Pacific Gold in New Jersey. He was arrested by the County Prosecutor's Office in Mays Landing, New Jersey in December of 1993 for conspiracy to receive stolen property and conspiracy to commit fencing.

KISLIN paid $400,000 for a house in Brooklyn, New York one block from the ocean, then had it torn down and completely rebuilt by MICHAEL SHVARTSMAN, DBA Expert Contracting and MSPC Development. This contractor reportedly builds exclusively for Russian OC figures, and is building another Paradise Restaurant for partners ARIK KISLIN and VALERIY ZIMNOVICH.

### SAM KISLIN

SAM KISLIN is the president of Transcommodities. He shares office space with ARIK KISLIN, his nephew and president of Blonde Management. Both companies are involved in money laundering for MICHAEL CHERNY, owner of Transcommodities and a main player in the Ivankov organization.

### ROMAN KRASNOV

ROMAN KRASNOV, an emigre from St. Petersburg, Russia lives in Toronto, Canada and is extensively involved in joint business ventures between Canada and Russia. He was instrumental in forming a contact between ANZOR KIKALICHVILI and the owners of his Bagel and Deli in Aventura, Florida. (See page 52). KIKALICHVILI later forced them out of their business. KRASNOV is associate of KIKALICHVILI's Moscow-based OC group led by the

FBI INTERNAL USE ONLY     17

13