# Exhibit 39

b 77

0032

## Auftrag zur Gründung und/oder Verwaltung

*Formation and/or administration contract*



## PRÄSIDIAL-ANSTALT

FL-9490 Vaduz, Fürstentum Liechtenstein, Aeulestrasse 38
Telefon 075 / 236 55 55, Telex 889 277
Telefax 075 / 236 53 99

BE00278342

678

| | | | |
|---|---|---|---|
| Auftraggeber: / Mandator: | Name, Vorname/Firma / surname, first name/company name Geburtsdatum / date of birth Nationalität / nationality Adresse / address | REOTAN FOUNDATION | 0033 |
| Weisungsberechtigte: / Other Persons Authorized to Give Instructions: | Name, Vorname/Firma / surname, first name/company name Geburtsdatum / date of birth Adresse / address | a) Anton Malevsky<br>b) Andrey Malevsky, USA<br>c) Arik Kislin, USA<br><br>each alone | |
| Rechtsform / Legal Form: | Limited | | |
| Name / Name: | TRENTON BUSINESS CORPORATION | | |
| Sitz / Registered Office: | B.V.I., Tortola | | |
| .ck: / Objects: | kommerziell / commercial (underlined) | nicht kommerziell / non-commercial | |
| Kapital: / Capital: | US$ 10'000.-- | Kapitalnachweis von: / blocked by: | |
| Aktien: / Shares: | Inhaber/Namen / bearer/registered | Nominalwert: / nominal value: | Zertifikate: / certificates: 1 |
| Zessionserklärung: / Deed of Assignment: | ja/nein / yes/no (no underlined) | | |
| Repräsentant: / Representative: | ~~Prasidial Anstalt~~ | | |
| .ster Verwaltungsrat: / First Board of Directors: | Hanspeter Stäger, Maienfeld   Präsidial Management AG, Vaduz<br>Jean-Pierre Domenjoz, Ruggell<br>Franca Clavadetscher, Malans<br>Zeichnungsrecht: / authority to sign: | einzeln/kollektiv zu / individually/jointly at two | |
| Erstes Kuratorium: / First Curator(s): | | | |
| | Zeichnungsrecht: / authority to sign: | einzeln/kollektiv zu / individually/jointly | |
| Kontrollstelle: / Auditors: | ja/nein / yes/no | Name / name Adresse / address | |
| Buchhaltung: / Accountants: keine | PA/extern / PA/external | Name / name Adresse / address | |
| Deklaration: / Declaration: | PA/extern / PA/external | Name / name Adresse / address | |

BE00278343

| | | | |
|---|---|---|---|
| Bankkonten:<br>*Bank Accounts:* | bei<br>*with* | Bank in Liechtenstein AG, Vaduz | |

- 003.

Erklärung zur Kontoeröffnung FL
*declaration for opening an account FL*
Unterschriftsberechtigte:
*authorized signatories:*

| | | | | |
|---|---|---|---|---|
| Gründungsdokumente:<br>*Documents of Formation:* | kein Versand/Versand an:<br>*do not forward/forward to:* | | | |
| Gründungsurkunde:<br>*Certificate of Formation:*<br>Statuten:<br>*Articles:*<br>Handelsregister-Auszug:<br>*Extract from Trade Register:* | Anzahl<br>*copies*<br>Anzahl   1<br>*copies*<br>Anzahl<br>*copies* | | Sprache<br>*language*<br>Sprache   english<br>*language*<br>Sprache<br>*language* | |
| ...chten:<br>*Power of Attorney:* | Name/Vorname<br>*surname/first name*<br>Geburtsdatum<br>*date of birth*<br>Adresse<br>*address*<br>in Sachen:<br>*in matters of:*<br><br>Gültigkeitsdauer:<br>*duration of validity:*<br>Beglaubigungen durch:<br>*legalizations by:* | | | |
| Korrespondenz:<br>*Correspondence:* | kein Versand/Versand an:<br>*do not forward/forward to:*<br><br>Sprache:   english<br>*language:* | | | |
| Gründungskosten:<br>*Cost of Formation:* | Honorar   Fr. 3'500.--<br>*formation fee* | andere Kosten ca.<br>*other costs approx.* | | |
| ...shonorare:<br>*Annual Fees:* | Verwaltung<br>*board members*   Fr. 3'500.-- | Repräsentanz<br>*representative*   invoice B.V.I. | | |
| Notenbezug:<br>*Bills Payable:* | direkt/Bezahlung durch:<br>*directly/payment through:* | Name<br>*name*<br>Adresse<br>*address* | | |
| Bemerkungen:<br>*Remarks:* | | | | |

Der Auftraggeber anerkennt ausdrücklich die auf der Rückseite aufgedruckten
Allgemeinen Geschäftsbedingungen der Präsidial-Anstalt.

*The mandator expressly recognizes the General Business Conditions*
*of the Präsidial-Anstalt which are printed on the reverse page.*

PRÄSIDIAL-ANSTALT

Vaduz, 12. Januar 1994

(Ort und Datum)            (Der Beauftragte)            (Der Auftraggeber)
*(Place and Date)*         *(The Mandatory)*            *(The Mandator)*

BE00278344

0035

## Allgemeine Geschäftsbedingungen

**Zweck und Geltungsbereich**
Die allgemeinen Geschäftsbedingungen regeln die Geschäftsbeziehungen zwischen der Präsidial-Anstalt, Vaduz, und dem Auftraggeber.

**Annahme des Auftrages**
Die Präsidial-Anstalt übernimmt den Auftrag zur Gründung und/oder Repräsentanz und/oder Verwaltung einer Verbandsperson/Gesellschaft – nachstehend «Gesellschaft» genannt – und stellt zur Verwaltung einen oder mehrere Verwaltungsratsmitglieder zur Verfügung.

**Verwaltung der Gesellschaft**
Die Verwaltungstätigkeit der Gesellschaft wird durch die Präsidial-Anstalt und durch die zur Verfügung gestellten Verwaltungsräte wahrgenommen.
Die Präsidial-Anstalt ist generell verpflichtet, die Verwaltung entsprechend den Weisungen des Auftraggebers oder eines von ihm benannten Weisungsberechtigten auszuüben, unter Berücksichtigung der durch Gesetz, Recht und gute Sitten auferlegten Schranken.
Der Auftraggeber verpflichtet sich, die Präsidial-Anstalt über die Tätigkeit der Gesellschaft vollumfänglich zu informieren und insbesondere sämtliche Unterlagen zur Verfügung zu stellen, die für die ordnungsgemässe Verwaltung der Gesellschaft erforderlich sind.
Die Präsidial-Anstalt ist befugt, eigenständig die Massnahmen zu treffen, die für die ordnungsgemässe Durchführung der Verwaltungstätigkeit dringend notwendig sind und im Interesse der Gesellschaft sofortiges Handeln erfordern.
Mitteilungen der Präsidial-Anstalt gelten als erfolgt, wenn sie an die letzte vom Auftraggeber bekanntgegebene Adresse abgesandt worden sind. Als Zeitpunkt des Versandes gilt vermutungsweise das Datum der im Besitz der Präsidial-Anstalt befindlichen Kopien oder Versandlisten. Sofern die Post nicht durch die Präsidial-Anstalt weitergeleitet werden darf, gilt sie im Zweifelsfalle als zugestellt am Datum, das sie trägt.

**Honorare**
Die Präsidial-Anstalt stellt dem Auftraggeber die vereinbarten Funktions- und Leistungshonorare in Rechnung. Die Funktionshonorare (Verwaltungs- und Repräsentanzhonorare) werden erstmals bei Gründung der Gesellschaft fällig und sind mit den Steuern jährlich im voraus zu entrichten. Die Leistungshonorare werden entsprechend der erbrachten Dienstleistungen nach Zeitaufwand berechnet und neben den entstandenen Barauslagen mindestens einmal jährlich im nachhinein fällig.
Die Präsidial-Anstalt ist ermächtigt, bestehende Honoraransprüche von Bankkonten der Gesellschaft abzubuchen. Unberührt bleibt das Recht des Auftraggebers, bei Vornahme derartiger Abbuchungen die Honoraransprüche der Präsidial-Anstalt zu bestreiten und gegebenenfalls deren Rückzahlung zu verlangen.
Die Präsidial-Anstalt behält sich vor, die Honorare im Rahmen der eingetretenen Teuerung anzupassen oder bei Vorliegen besonderer Umstände im Einverständnis mit dem Auftraggeber von Fall zu Fall zu erhöhen.

**Haftung**
Die Gesellschaft haftet solidarisch für die Zahlungsverpflichtungen des Auftraggebers aus dem gegenständlichen Vertrag.
Der Auftraggeber verpflichtet sich, für jeden Schaden aufzukommen, welcher der Präsidial-Anstalt oder den von der Präsidial-Anstalt zur Verfügung gestellten Verwaltungsräten aus irgendeinem Grunde infolge des übernommenen Auftrages entsteht, sofern ihnen keine Verletzung der Sorgfaltspflicht nachgewiesen werden kann.
Für Handlungen von Bevollmächtigten, die im Einvernehmen mit dem Auftraggeber für die Gesellschaft bestellt werden, trägt die Präsidial-Anstalt keine Verantwortung.
Den aus dem Nichterkennen von Legitimationsmängeln und Fälschungen entstehenden Schaden trägt der Auftraggeber, sofern der Präsidial-Anstalt kein grobes Verschulden nachgewiesen werden kann.

**Beendigung des Auftrages**
Die Präsidial-Anstalt verpflichtet sich, auf Begehren des Auftraggebers oder eines von ihm benannten Weisungsberechtigten jederzeit Repräsentanz und Verwaltungsfunktionen zur Verfügung zu stellen.
Die Präsidial-Anstalt ist berechtigt, die Repräsentanz und Verwaltung jederzeit und ohne Angabe von Gründen niederzulegen.
Bei Beendigung des Auftrages durch den Auftraggeber steht der Präsidial-Anstalt das Honorar des laufenden Vertragsjahres in voller Höhe zu.

**Anwendbares Recht und Gerichtsstand**
Alle Rechtsbeziehungen aus diesem Vertrag unterstehen dem Liechtensteinischen Recht. Gerichtsstand ist Vaduz. Der Präsidial-Anstalt steht es frei, ihre Rechte auch bei jedem anderen zuständigen Gericht geltend zu machen.

**Änderungen der Allgemeinen Geschäftsbedingungen**
Die Präsidial-Anstalt behält sich jederzeitige Änderungen der Allgemeinen Geschäftsbedingungen vor. Die Änderungen werden dem Auftraggeber auf geeignete Weise bekanntgegeben und gelten ohne Widerspruch innert Monatsfrist als genehmigt.

## General Business Conditions

**Purpose and Scope**
The General Business Conditions regulate the business relations between the Präsidial-Anstalt, Vaduz, and the mandator.

**Acceptance of the Mandate**
The Präsidial-Anstalt accepts the mandate of formation and/or representation and /or administration of a corporate body/company - hereafter referred to as company - and provides one or more members for the company's board of directors and its administration.

**Administration of the Company**
The administrative activity of the company will be taken care of by the Präsidial-Anstalt and by the members of the board provided.
The Präsidial-Anstalt is generally obliged to carry out the administration according to the instructions of the mandator or of those persons authorized by him to give instructions with consideration to the limitations imposed by statute, law and good morals.
The mandator is obligated to comprehensively inform the Präsidial-Anstalt about the activities of the company and, in particular, to place all documents at its disposal which are required for the proper administration of the company.
The Präsidial-Anstalt is authorized to independently take measures which are urgently necessary for the proper execution of administration and which in the interests of the company require immediate action.
Communications from the Präsidial-Anstalt shall be deemed as duly effected, if they have been sent to the address last notified by the mandator. The date of dispatch shall be deemed as the date of file copies or dispatch lists retained by the Präsidial-Anstalt. Insofar as mail is not permitted to be forwarded by the Präsidial-Anstalt, it shall be deemed in case of doubt as delivered on the date which such mail bears.

**Fees**
The Präsidial-Anstalt charges the mandator the agreed service and performance fees. The service fees (administration and representation fees) are first due upon the formation of the company and are to be paid together with the taxes annually in advance. The performance fees are calculated according to services rendered and time spent; they are retroactively due together with the reimbursement for cash expenses involved at least once a year.
The Präsidial-Anstalt is authorized to deduct outstanding fees from the company's bank accounts. The mandator's right however, upon the effectuation of such deductions, to contest the Präsidial-Anstalt's fee claims and, as the case may be, to demand fee reimbursement remains unaffected.
The Präsidial-Anstalt reserves the right to adjust the fees to inflation or, with the agreement of the mandator, to increase them in case of exceptional circumstances.

**Liability**
The company is jointly liable with respect to the mandator's obligations regarding payment as stated in this contract.
The mandator accepts responsibility for all damage caused to the Präsidial-Anstalt or the members of the board of directors provided by the Präsidial-Anstalt for any reason whatsoever as a consequence of their mandate, unless a violation of due diligence can be proven.
The Präsidial-Anstalt bears no responsibility for the actions of authorized persons who in agreement with the mandator have been appointed.
Any damage resulting from reliance by the Präsidial-Anstalt upon any false, forged, altered or otherwise legally insufficient instructions, documentation or other legitimation shall be borne by the mandator, unless gross negligence can be proved against the Präsidial-Anstalt.

**Termination of the Contract**
Upon request of the mandator or of a person empowered by him the Präsidial-Anstalt is obliged to resign at any time from its mandate of representation and administration.
The Präsidial-Anstalt in its turn is entitled at any time to resign from its mandate of representation and administration without indicating the reasons.
Upon termination of the contract by the mandator the entire fee for that current contract year is due to the Präsidial-Anstalt.

**Applicable Law and Court of Jurisdiction**
All legal relationships arising from this contract are subject to Liechtenstein Law. Forum of Jurisdiction is Vaduz. The Präsidial-Anstalt may, however, enforce its rights before any other competent court.

**Modifications of the General Business Conditions**
The Präsidial-Anstalt reserves the right at any time to modify the General Business Conditions. The mandator will be notified of such modifications in an appropriate manner and they are considered to be approved after one month has elapsed.

For all legal aspects the German text is binding.