# Exhibit 42

Приложение 73

# ПОСТАНОВЛЕНИЕ
о приостановлении предварительного следствия в связи с
с неустановлением местонахождения обвиняемого

(п.1 или 2 части первой ст.208 УПК РФ)

г. Москва                                                                     "16" июня 2003 г.
(место составления)

Следователь по особо важным делам следственной части Следственного
(наименование органа предварительного
комитета при МВД России майор юстиции Лебедева И.В.
следствия, классный чин или звание, фамилия, инициалы следователя)
рассмотрев материалы уголовного дела № 117449

У С Т А Н О В И Л :

28 августа 1995 года на основании выделенных материалов из уголовного де-
(излагаются сущность обвинения и основания
ла № 117449, следственной частью Следственного комитета при МВД России воз-
приостановления предварительного следствия)
буждено уголовное дело № 117449.

В процессе расследования настоящего дела установлено следующее.

В 1992 году фирмой «Транс-Сис-Коммодитиз» (Монако) заключались конт-
ракты с российскими предприятиями алюминиевой промышленности, оплата по
которым за указанную фирму в 1992-1993 годах производилась российскими
посредниками.

Выступая в роли посредников между Красноярским алюминиевым заводом
(КрАЗ) и вышеуказанной фирмой, Кудымов А.В., Яфясов В.В. и неустановленные
лица в составе организованной группы, возглавляемой генеральным директором
КрАЗа Колпаковым, совершили хищение денежных средств на сумму 758.300.020
рублей.

Так, они организовали и осуществили поступление и зачисление 24 августа
1992 года денежных средств в указанной сумме на расчетный счет № 00024062
Ачинского глиноземного комбината (АГК) в филиале коммерческого банка (КБ)
«Енисей» (г. Ачинск Красноярского края) по подложному телеграфному креди-
товому авизо № 106 от 21 августа 1992 года, якобы поступившему из расчетно-
кассового-центра (РКЦ) ГУ ЦБ России по Свердловской области.

Похищенные денежные средства, с целью сокрытия преступления, по указа-
нию Колпакова в бухгалтерских документах были отражены в качестве взаимо-
расчетов по контракту № 92/002 от 6 августа 1992 года между КрАЗом и фирмой
«Транс-Сис-Коммодитиз», а фактически использованы Колпаковым на погашение
долгов КрАЗа перед АГК за поставленный глинозем.

Кроме этого, выдавая себя за представителей фирмы «Транс-Сис-Коммоди-
тиз», Кудымов, Яфясов и неустановленными лицами, используя договорные от-
шения Новокузнецкого алюминиевого завода с АО «Мирабель» и фирмой
«Интекс», сотрудником которой являлся Яфясов В.В., вновь в сос[таве организован-]
ной группы осуществили поступление и зачисление 12 марта [1993 года на расчет-]
ный счет № 000240902 указанного завода в Кемеров[ском филиале КБ «Куз-]
промбанк» денежных средств в сумме 900.120.000 [рублей по подложному телег-]
рафному кредитовому авизо № 067 от 3 марта 1[993 года...]

BE00101794

по г. Махачкала Республики Дагестан и несуществующей фирмы «Альфа».

Похищенные таким образом денежные средства были использованы на оплату алюминиевой продукции по договору № 85-245 от 26 марта 1992 года между Новокузнецким алюминиевым заводом и фирмой «Интекс».

Являясь генеральным директором производственно-коммерческой фирмы (ПКФ) «Ариадна» (г. Красноярск), Кудымов использовал для хищения денежных средств расчетный счет возглавляемой им фирмы.

С этой целью они 3 марта 1993 года Кудымов, Яфясов организовали и осуществили поступление подложного телеграфного кредитового авизо № 078 от 3 марта 1993 года на 420.000.000 рублей от РКЦ ГУ ЦБ РФ по г. Махачкала Республики Дагестан и несуществующей фирмы «Альфа» для зачисления денежных средств на расчетный счет № 468088 ПКФ «Ариадна» в Красноярской дирекции КБ «Мосбизнесбанк». Однако работниками банка была обнаружена подложность авизо, в результате чего Кудымов и вышеуказанные лица не смогли довести свой свой преступный умысел до конца по не зависящим от них обстоятельствам.

31 марта 1998 года на основании п. 8 ч. 1 ст. 5 УПК РСФСР вынесено постановление о прекращении уголовного дела в отношении умершего Яфясова, который погиб в г. Москве 10 апреля 1995 года.

16 июня 2003 года уголовное преследование в отношении обвиняемого Колпакова Ю.Д. прекращено на основании п. 2 ч. 1 ст. 24 УПК РФ, то есть за отсутствием в его деянии состава преступления.

По настоящему делу обвиняется:

- Кудымов Александр Викторович, 25 ноября 1959 года рождения, уроженец г. Красноярска, русский, ранее не судимый, гражданин России, зарегистрированный по адресу: г. Красноярск, ул. Матросова, д. 4, кв. 74., 31 марта 1998 года вынесено постановление о привлечение Кудымова в качестве обвиняемого в преступлениях, предусмотренных ч. 3 ст. 147 и ст. 15, ч. 3 ст. 147 УК РСФСР и избрана мера пресечения в виде заключения под стражу.

Принимая во внимание, что срок предварительного следствия по данному уголовному делу истек, а следственные действия, производство которых возможно в отсутствие обвиняемого, выполнены, и руководствуясь п.1 (2) части первой ст.208 УПК РФ,

П О С Т А Н О В И Л :

1. Предварительное следствие по уголовному делу № 117449 приостановить.
2. Поручить Управлению уголовного розыска СКМ ГУВД Красноярского края продолжить розыск Кудымова Александра Викторовича.
   (какому органу)

BE00101795

Annex 73                                                                                                                                  *208*

# RESOLUTION
### regarding suspension of the preliminary investigation
### due to failure to establish the location of the accused

(Paragraph 1 or 2 of Part One of Article 208 of the Criminal Procedure Code of the RF)

Moscow                                                                                                   "16"  June  2003
(place of issue)

Investigator <u>for priority cases of the Investigations Unit of the Investigative</u>
                                        (name of the agency of preliminary
<u>Committee of the Ministry of Internal Affairs of Russia, Major of Justice, I. V. Lebedeva</u>
                      investigation, class ranking or title, last name, investigator's initials)
having examined the materials in criminal case No. <u>117449</u>,

### ESTABLISHED THE FOLLOWING:

<u>On 28 August, 1995 based on the materials separated from criminal case No. 117449,</u>
                                        (the nature of the accusation, and
<u>the Investigations Unit of the Investigative Committee of the Ministry of Internal Affairs of Russia</u>
                  grounds for the suspension of the preliminary investigation are explained)
<u>initiated criminal case No. 117449.</u>

The following was established in the course of investigation of this case.

In 1992, the company "Trans-CIS-Commodities" (Monaco) concluded contracts with Russian aluminium industry enterprises, the payments under which were carried out for the aforementioned company in 1992-1993 by Russian intermediaries.

Acting as intermediaries between the Krasnoyarsk Aluminium Plant (KAP) and the aforementioned company A. V. Kudymov, V. V. Yafyasov and unidentified persons in an organised group, headed by Director-General of KAP, Kolpakov committed theft of monetary funds amounting to 758,300,020 rubles.

Thus, they organised and carried out the transfer and crediting on 24 August, 1992 of monetary funds in the specified amount to the operating account No. 00024062 of Achinsk Alumina Complex (AAC) in the branch of a commercial bank (CB) "Enisei" (the city of Achinsk, Krasnoyarsk Krai) under a falsified telegraphic credit note No. 106 of 21 August, 1992, which was allegedly received from the Cash-Processing Centre (CPC) of the Main Directorate of the Central Bank of Russia in Sverdlovsk region.

The stolen monetary funds had been reflected in accounting documents as mutual payments between the company and KAP and "Trans-CIS-Commodities", under contract No. 92/002 of 6 August 1992, with the purpose of concealing a crime at Kolpakov's directions, but in fact Kolpakov used the aforementioned funds to repay debts of KAP to AAC for the alumina supplied earlier.

In addition, posing as representatives of the company "Trans-CIS-Commodities" Kudymov, Yafyasov and unidentified persons using the contractual relationship of the Novokuznetsk Aluminium Plant with JSC "Mirabel" and company "Intex", the employee of which was V. V. Yafyasov, again in an organised group carried out the transfer and crediting on 12 March, 1993 to the operating account No. 000240902 of the aforementioned plant in Kemerovo [illegible] Prombank" of monetary funds in the amount of 900,120,000 rubles under a falsified telegraphic credit note No. 067 of 3 March 1993 [illegible]

Translation of BE00101794

Translation of BE00101794

in the city of Makhachkala, the Republic of Dagestan and the non-existent company "Alpha".

Monetary funds stolen in the manner described above were used to pay for aluminium products under agreement No. 85-245 of 26 March, 1992 between the Novokuznetsk aluminium plant and the firm "Intex".

As the Director-General of production and commercial company (PCC) "Ariadna" (Krasnoyarsk), Kudymov used the operating account of his company to steal monetary funds.

With this purpose, on 3 March, 1993, they, Kudymov and Yafyasov organised and carried out the receipt of a forged telegraphic credit note No. 078 of 3 March, 1993 for 420,000,000 rubles from the Cash-Processing Centre of the Main Directorate of the Central Bank of the RF in the city of Makhachkala, Republic of Dagestan and the non-existent firm "Alpha" for the crediting of monetary funds to the operating account No. 468088 of PCC "Ariadna" in Krasnoyarsk Directorate of the CB "Mosbiznesbank". However, employees of the bank discovered the forged credit note, resulting in Kudymov and above persons not being able to bring their criminal intent to its conclusion, for reasons beyond their control.

On 31 March, 1998 pursuant to Paragraph 8 of Part 1 of Article 5 of the Criminal Procedure Code of the RSFSR a resolution was issued to dismiss the criminal case against the deceased Yafyasov, who died in Moscow on 10 April, 1995.

On 16 June, 2003 criminal prosecution of the accused Yu. D. Kolpakov, was terminated pursuant to Paragraph 2 of Part 1 of Article 24 of the Criminal Procedure Code of the RF, that is, due to the absence of component elements of the crime in his actions.

The following persons are charged in the present case:

- Kudymov Alexandr Victorovich, born on 25 November, 1959, in Krasnoyarsk, Russian, previously not convicted, a Russian citizen, registered at the following address: the city of Krasnoyarsk, Matrosova street, Bldg. 4, Apt. 74; on 31 March, 1998 the resolution regarding bringing criminal charges against Kudymov as specified in Part 3 of Article 147 and Articles 15, Part 3 of Article 147 of the Criminal Code of the RSFSR and the preventive punishment in the form of detention was chosen.

Taking into account that the term of preliminary investigation in this case has lapsed, although all possible investigative procedures were performed in the absence of the accused, guided by Paragraph 1 (2) of Part 1 of Article 208 of the Criminal Procedure Code of the RSFSR,

DECIDED:

1. To suspend the preliminary investigation in the criminal case No. 117449.   [stamp:] COPY
2. To instruct the Directorate of the Criminal Investigation Department of the Criminal Police Service of
(to what agency)
the Main Directorate of the Internal Affairs in Krasnoyarsk Krai to continue the search for Alexandr Victorovich Kudymov.                  [stamp:] COPY
[illegible]

Translation of BE00101795