**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 16 2012 ★
BROOKLYN OFFICE

WRITER'S DIRECT DIAL NO.
(212) 849-7144

WRITER'S INTERNET ADDRESS
juddspray@quinnemanuel.com

March 14, 2012

*[handwritten: Application dismissed. Seal so ordered. JW 3/15/12]*

By Hand Delivery

United States District Judge Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: In the Matter of the Application of Oleg Vladimirovich Deripaska, for an order, pursuant to 28 U.S.C. § 1782, to obtain discovery from Arik Kislin for use in an action pending in the High Court of Justice, Queen's Bench Division, Commercial Court, styled *Michael Cherney v. Oleg Vladimirovich Deripaska*, Index No. 1:12-mc-00186 (JBW)

Dear Judge Weinstein:

We represent the applicant Oleg Vladimirovich Deripaska in the above-captioned action. Last week, on March 9, 2012, Judge Gleeson ordered that Arik Kislin show cause before Your Honor on March 21, 2012, why an order should not issue pursuant to 28 U.S.C. § 1782 directing Mr. Kislin to produce documents pursuant to service of a subpoena. We have since conferred with counsel for Mr. Kislin and have agreed to withdraw our application to allow the parties time to resolve this matter without seeking the Court's intervention at this time. Accordingly, Mr. Derispaska is voluntarily withdrawing his application.

In addition, because counsel for Mr. Kislin has informed us that Mr. Kislin finds certain of the assertions made in support of our application objectionable, we hereby request that the papers in support of our application be sealed. Your Honor's law clerk instructed us this morning to make this request by letter.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
CHICAGO | 500 West Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL 312-705-7400 FAX 312-705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 (0) 20 7653-2000 FAX +44 (0) 20 7653-2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7 Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 (0) 3 5510-1711 FAX +81 (0) 3 5510-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100

Respectfully,

*Judd Spray*
Judd Spray

cc by electronic mail:

Lisa C. Cohen
Matthew A. Katz
Schindler Cohen & Hochman LLP
100 Wall St., 15th Floor
New York, NY 10005

Caren Lerner
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022

2