FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 16 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

In the Matter of the Application of

Oleg Vladimirovich Deripaska, for an order, pursuant to 28 U.S.C. § 1782, to obtain discovery from Arik Kislin for use in an action pending in the High Court of Justice, Queen's Bench Division, Commercial Court, styled *Michael Cherney v. Oleg Vladimirovich Deripaska.*

1:12-mc-00186 (JBW)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the applicant, Oleg Vladimirovich Deripaska, and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

DATED: New York, New York
March 14, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
Judd R. Spray
(juddspray@quinnemanuel.com)
Christopher Kercher
(christopherkercher@quinnemanuel.com)
Zena Mount-Namson
(zenamountnamson@quinnemanuel.com)

51 Madison Avenue, 22nd Floor,
New York, New York 10010-1601
(212) 849-7000

*Attorneys for Applicant Oleg Vladimirovich Deripaska*

close the case
So ordered
JBW
3/15/12

